JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| KEVIN LAMONT JOHNSON,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN ARAIZA,<br><br><br>                    Respondent. | Case No. EDCV 25-00742-KK(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: February 11, 2026

_____
   KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE